| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 29 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

STEVEN HUBBARD and AMY BAACK,

    Plaintiffs - Appellants,

 v.

CITY OF SAN DIEGO and DOES 1-10,

    Defendants - Appellees.

No. 24-4613

D.C. No. 3:24-cv-00972-CAB-MMP
Southern District of California, San Diego

ORDER

Before: MURGUIA, Chief Judge, and SANCHEZ and H.A. THOMAS, Circuit Judges.

    The panel has unanimously voted to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40. The petition for rehearing en banc, Dkt. No. 24, is **DENIED**.